# UNITED STATES DISTRICT COURT
for the

__Southern__ District of __Indiana__

__Indianapolis__ Division

FILED
11/05/2020
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

__Peter Brown__

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

__Stanley Kroh__

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __1:20-cv-2928-JRS-DLP__
*(to be filled in by the Clerk's Office)*

## COMPLAINT AND REQUEST FOR INJUNCTION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Peter Brown |
   | Street Address | P.O. Box 881442 |
   | City and County | Indianapolis, Marion |
   | State and Zip Code | Indiana, 46208 |
   | Telephone Number | 317-909-2653 |
   | E-mail Address | peterbrown46208@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

    Name: Stanley Kroh

    Job or Title (if known): Mag. Judge

    Street Address: 200 E. Washington Street

    City and County: Indianapolis, Marion

    State and Zip Code: Indiana, 46204

    Telephone Number: N/A

    E-mail Address (if known): N/A

Defendant No. 2

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 3

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

Defendant No. 4

    Name:

    Job or Title (if known):

    Street Address:

    City and County:

    State and Zip Code:

    Telephone Number:

    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Breach of Contract; Due process violation 5 & 14. Cruel & Usual Punishment 8th. Hindering his liberty 14. Ex post facto law

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    **The Amount in Controversy**

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$500,000.00

**III.**     **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     Where did the events giving rise to your claim(s) occur? MARION County Superior Court Criminal Division, Room(3) Three.

B.     What date and approximate time did the events giving rise to your claim(s) occur?

February 6, 2020, 1:30 p.m.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* Judge Stanley Kroh breached the bond agreement on February,6 And levy a harsher punishment that was not part of the bond agreement. Brown's bond was set at $80.000.00 with no GPS. Judge Kroh court ordered Brown to wear a GPS. Matal Ankle bracelet which Brown did not agree too. After he paid a percentage of his $80.000.00 bond which is non refundable.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured. Because Judge Kroh is punishing Brown now, he did not wait until the out come of his case he even assigned Brown a case manager like hes guilty And tryed to justify his action by what the state witnesses said about him. (1) Patricia Stone stated that Brown would not take his psychosis, meds. Brown was taking off his meds in 2012 by

(See attach pages)

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Order Judge Kroh to remove the court order by Brown to wear the GPS Tracker that was placed on him After he posted bond which wasn't part of the bond Agreement which violates ex-post facto And several of his Constitutional Rights. Brown Entitled to money damage because the GPS tracker mess up Brown's Sciatic nerve again And Brown can not do no cardio exercise because of the weight nor walk some days. Brown tried to

(See attach page)

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11-3-20

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Peter Brown

### B. For Attorneys

Date of signing: _____

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

1

## Statement of Claim

On February 4, 2020 Brown went in front of Judge Stanley Kroh for the charge Unlawful Poss of a Firearm by a serious violent, And set Brown's bond at $80,000.00 without GPS tracker. On February 5, 2020 Brown's mother paid a percentage of Brown's $80,000.00 bond and Brown was released on bond. less then 24 hours Judge Kroh made a specail court date on February 6, 2020 the first one was at 8:30 am which Brown didn't make, because Brown's Judge set his next court date in March 27, 2020 not February 6, 2020. On February 6, 2020 at 1:30 pm Judge Kroh court ordered Brown to wear a GPS tracker which wasn't in his bond agreement which violated Brown's due process And Brown can not get a bond refund And he was force to sign the GPS tracker rules by a Sheriff deputy or go back to jail And forfeit his $80,000.00 bond his mother just paid so Brown sign the paper And wrote

## Statement of Claim 2

under duress, because he didn't agree to to the GPS tracker nor was it in his bond Agreement which violated ex-post-fact-o.

Brown went downtown (7) seven time to tell them it's hurting his ankle and his sciatic nerve and he can't sleep, which is cruel and usual punishment.

Brown has to sit still two hours a day to charge up his torture device which must be plug into a wall socket (extension cord) not allow it, not Brown will be charged with "escape", escape from where, Marion County. Brown is being treated like someone found guilty, because Brown's GPS tracker is the same one used on prisoners, which is unlawful imprisonment, that's being forced on him. Judge Kroh forgot Brown is innocent until proven guilty

## Irreparable Injury (2)

A federal judge "McKinney". In 2012 the honorable federal judge McKinney petition federal judge Sarah Barker to transfer Brown's case to his court so he can program him, when Brown was taking off his meds he seen someone from the federal government every two weeks to make sure he was o.k without his meds and see how far he got on his goals that judge McKinney set for him. Michael Burses would collect urine sample every month to make sure Brown was clean "no powerful Anti-Psychotics" was in his system and this went on for years, which you can verify. Once a month Brown had to go to see federal judge McKinney for his new goals if he was in trial, Brown would see federal judge Young he would give Brown his new set of goals that McKinney set for him. All this can be verified by the federal government. (2) Judge Kroh also stated he court order Brown to wear the GPS for the safety of his state witnesses

Irrepable Injury    (3)

Judge Kroh has enough physical evidence to lock up all of his state witness if he was concern for their safety. John Lair gave a sworn affidavit to the detective stating that he bought the gun for Brown two years ago and he stated that he knew Brown was a convicted felony. Thats a federal crime under straw purchasing act. 18 U.S.C. §922(d) The U.S. Supreme Court ruled in Abramski v. U.S. 2014 "under federal law that prohibits making false statements and representations in the course of firearm purchases." John Lair was supposed to go to jail 1-31-20. John Lair Brandy Lair and Patrica Stone staged Brown's house to look like a brake in (See Exhibit A) And stole everything out of Brown's house. (See Exhibit B) pictures of John Lair and Brandy Lair sitting and laying on Brown's furniture in their house. photo's and video's taking by stolen Ipad. 2-1-20 — 2-2-20. On 2-3-20 Patrica Stone went to CVS while Brown was in jail and forge his signature and

## Irreprable Injury (4)

style Brown's meets. See case #1:20-CV-01020-JPH-MJD. also (See Exhibit C)

This isn't the first time a judge from Marion County Superior Court Criminal Division breached a agreement with Brown. See case 1:20-cv-2269-SEB-TAB.

Relief (2)

have the metal band replaced with a rubber one (7) time because his ankle was bruised and swollen. Brown is entitled to punitive money damages because Judge Kroh put the carriage before the horse meaning Brown is Innocent until proven guilty, but Judge Kroh is treating Brown like he's guilty and punishing Brown now off of hearsay and if Brown is found guilty of any charges he wouldn't get no credit for wear the metal GPS tracker. Everyone of the states witness have broken state and federal laws and Judge Kroh turns a blind eye to their crimes. Brown's state judge was a prosecutor so he is familiar with obstruction of justice because that's what he is doing for John hain obstruction of justice of a federal crime "Straw purchasing Act. For the following Brown is entitled to the sum of $500,000.00 for punitive money damages according to the U.S. Supreme Court, because Judge Kroh action was and is wrong and U.S. Supreme Court in 1971 said there's always a way to right a

Relief (31)

wrong money damages.