UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PETER BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cv-02928-JRS-DLP ) |
| STANLEY KROH, | ) ) |
| Defendant. | ) ) |

**Final Judgment**

The Court, having this day issued its Order directing the entry of final judgment, now enters final judgment. Plaintiff shall take nothing by way of his complaint, and this action is dismissed with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6) and failure to prosecute. This is a **final judgment**.

Date: 3/4/2021

Roger A.G. Sharpe, Clerk

BY: _____
    Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

PETER BROWN
P.O. Box 881442
Indianapolis, IN 46208